UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAWRENCE CHRISTOPHER SMITH, | 1:16-cv-01356-BAM (PC) |
|---|---|
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| D. GOSS, et al., | |
| Defendants. | |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

2. **Plaintiff is warned that no requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **September 15, 2016**        /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

1