UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>D. GOSS, et al.,<br><br>        Defendants. | 1:16-cv-01356-BAM (PC)<br><br>ORDER REGARDING NOTICE OF PRIOR SUBMITTAL OF VERIFIED TRUST ACCOUNT STATEMENT<br>(ECF No. 5)<br><br>ORDER TO SUBMIT APPLICATION FOR A PRISONER TO PROCEED IN FORMA PAUPERS OR PAY FILING FEE<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR PRISONER<br><br>**THIRTY (30) DAY DEADLINE** |

      Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2016, the Court ordered Plaintiff to submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, or pay the $400.00 filing fee for this action, within 45 days. (ECF No. 3.) Plaintiff's compliance with that order is due on or before November 2, 2016.

      On October 24, 2016, Plaintiff submitted a notice stating he had previously submitted a certified inmate trust account statement for this action, that he learned was erroneously filed in Smith v. K. Allison, et al., 1:10-cv-01814-DAD-JLT. (ECF No. 5.) He states that he is "having extreme difficulties in receiving such type services from prison personnel" and that he awaits further instructions from the Court.

Plaintiff is informed that the Court has not received either an application for in forma pauperis from Plaintiff or the filing fee for this action. One of those must be submitted for this action to continue. To Plaintiff's concern that he may have difficulties obtaining another certified trust account statement, the Court informs Plaintiff that the Clerk of Court will obtain such information directly from CDCR upon the submission of a completed application for in forma pauperis from Plaintiff. Due to Plaintiff's confusion, he will be permitted an extension of time to comply with the Court's September 15, 2016 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis for a prisoner;

2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

3. **Plaintiff is warned that no requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 27, 2016**         /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE