# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CHANELO, et al.,<br><br>Defendants. | Case No. 1:16-cv-01356-LJO-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETED SERVICE DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 19)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint for claims of excessive force against Defendants Sotelo, Chanelo, Wattree, Hunt, Castro, Gonzalez, Ramirez and Rodriguez, related to events of March 13, 2013.

On June 22, 2018, the Court issued an order authorizing service of Plaintiff's first amended complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 19.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (Id. at 3.)

On July 9, 2018, Plaintiff filed a motion for relief from judgment, together with partially completed service documents. (ECF Nos. 20, 21.) Thereafter, Plaintiff filed a motion to amend

the complaint, supplemental complaint, and a motion for reconsideration, all regarding the Court's prior order severing certain claims from this action and dismissing other claims. (ECF Nos. 22, 23, 24.) Those motions were resolved by the assigned District Judge's March 26, 2019 order denying Plaintiff's motions for reconsideration and referring this action back to the undersigned for further proceedings. (ECF No. 27.)

Due to the pendency of Plaintiff's motions for reconsideration, the first amended complaint has not yet been served. Although Plaintiff submitted completed summons and USM-285 forms for the eight named defendants, Plaintiff has failed to submit the required copies of the amended complaint, as directed by the Court's June 22, 2018 order. (ECF Nos. 19.) As explained in that order, Plaintiff is required to submit nine (9) copies of the endorsed first amended complaint filed on July 14, 2017. (Id. at 3.)

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court shall send Plaintiff a copy of the first amended complaint filed on July 14, 2017, (ECF No. 12);
2. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit nine (9) copies of the endorsed first amended complaint filed on July 14, 2017; and
3. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated: __April 5, 2019__        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE