# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CHRISTOPHER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CHANELO, *et al.*,<br><br>Defendants. | Case No. 1:16-cv-01356-LJO-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTIONS *NUNC PRO TUNC*<br>(ECF No. 49)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY RE: MOTION TO AMEND THE COMPLAINT<br>(ECF No. 52)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Lawrence Christopher Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's first amended complaint for claims of excessive force against Defendants Sotelo, Chanelo, Wattree, Hunt, Castro, Gonzalez, Ramirez, and Rodriguez, related to events of March 13, 2013.

On December 13, 2019, Plaintiff filed a motion to amend the complaint and a motion for joinder of claims, together with a lodged proposed amended complaint. (ECF Nos. 45, 46, 47.) On January 2, 2020, Defendants filed a request for a fourteen-day extension of time to oppose Plaintiff's motions. (ECF No. 49.) On January 15, 2020, before the Court had ruled on the

1

request for an extension of time, Defendants filed their opposition to Plaintiff's motions. (ECF No. 50.)

Currently before the Court is Plaintiff's motion for a thirty-day extension of time to file a reply to Defendant's opposition, filed January 27, 2020. (ECF No. 52.) On January 29, 2020, Defendants filed a notice of non-opposition to Plaintiff's motion for extension of time. (ECF No. 53.)

In light of Plaintiff's apparent non-opposition to Defendants' original request for extension of time, and Defendants' non-opposition to Plaintiff's request, the Court finds good cause to modify the briefing schedule in this matter. Fed. R. Civ. P. 6(b).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' request for extension of time to oppose Plaintiff's motions, (ECF No. 49), is GRANTED, *nunc pro tunc*;
2. Defendant's opposition, filed January 15, 2020, is deemed timely filed;
3. Plaintiff's motion for an extension of time to file a reply in support of his pending motion for joinder of claims and motion to amend the complaint, (ECF No. 52), is GRANTED; and
4. Plaintiff shall file his reply within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:  **January 31, 2020**          /s/ Barbara A. McAuliffe          _
                                      UNITED STATES MAGISTRATE JUDGE